Kevin J. Stoops (California Bar No. 332200)
kstoops@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

Jean-Claude Lapuyade, Esq.
jlapuyade@jcl-lawfirm.com
Sydney Castillo-Johnson, Esq. (State Bar #343881)
scastillo@jcl-lawfirm.com
Monnett De La Torre, Esq. (State Bar #272884)
mdelatorre@jcl-lawfirm.com
JCL Law Firm, A.P.C.
5440 Morehouse Drive, Suite 3600
San Diego, California 92121
Telephone: (619) 599-8292
Facsimile: (619) 599-8291

*Attorneys for Plaintiff and Proposed Class*
*(Additional Counsel on Next Page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US FOODS, INC.,<br><br>Defendant. | Case No. 2:23-CV-00096-JAK-PVC<br><br>JOINT NOTICE OF SETTLEMENT |

| | |
|---|---|
| 1 | Shani O. Zakay, Esq. (State Bar #277924) |
| | shani@zakaylaw.com |
| 2 | Jackland K. Hom, Esq. (State Bar #327243) |
| | jakland@zakaylaw.com |
| 3 | Julieann Alvarado, Esq. (State Bar #334727) |
| | julieann@zakaylaw.com |
| 4 | ZAKAY LAW GROUP, APLC |
| | 5440 Morehouse Drive, Suite 3600 |
| 5 | San Diego, California, 92121 |
| | Telephone: (619) 255-9047 |
| 6 | Facsimile: (858) 404-9202 |
| 7 | *Attorneys for Plaintiff and Proposed Class* |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

TO THE HONORABLE CLERK OF THE COURT

Pursuant to Central District Local Rule 16-15.7, PLEASE TAKE NOTICE that the parties in the above-captioned action have reached an agreement to settle the individual claims between Plaintiff Ruben Rodriguez and Defendant US Foods, Inc. (collectively the "Parties"). The Parties are working to prepare a settlement agreement. Thereafter, Plaintiff will file a Request for Dismissal of the claims in this action, including seeking approval from the Court for dismissal of his class claims. The Parties request that the Court vacate the Scheduling Conference and that the matter be stayed pending approval of the dismissal, with the hearing on US Foods' Motion to Dismiss, Stay or Transfer the Action to be taken off calendar.

Dated: April 14, 2023

KEVIN J. STOOPS
Sommers, Schwartz, P.C.


By: /s/Kevin J Stoops
    KEVIN J. STOOPS
    Attorneys for Plaintiff
    RUBEN RODRIGUEZ

Dated: April 14, 2023

JOSEPH C. LIBURT
KATIE E. BRISCOE
ANNIE H. CHEN
Orrick, Herrington & Sutcliffe LLP


By: /s/ Katie E. Briscoe (with consent)
    KATIE E. BRISCOE
    Attorneys for Defendant
    US FOODS, INC.