1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBEN RODRIGUEZ,** individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>**U.S. FOODS, INC.,**<br><br>        Defendant. | No.: 2:23-cv-00096-JAK-PVC<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL (DKT. 35)**<br><br>**JS-6** |

## ORDER

Based on a review of the Joint Stipulation of Dismissal (the "Stipulation" (Dkt. 35)), sufficient good cause has been shown for the requested dismissal. Therefore, the Stipulation is **APPROVED**. Accordingly, Plaintiff's individual claims are **DISMISSED WITH PREJUDICE** and the putative class and Private Attorneys General Act ("PAGA") representative claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: July 17, 2023

By: _____
John A. Kronstadt
U.S. District Court Judge